MICHAEL, Circuit Judge,
concurring in the judgment:
I would hold that an employee may have individual standing to sue under Section 301 of the Labor Management Relations Act (LMRA), 29 U.S.C. § 185, if his employer engaged in fraud during arbitration proceedings. See Dogherra v. Safeway Stores, Inc., 679 F.2d 1293, 1296 (9th Cir. 1982) (allowing employee to maintain suit because of employer’s fraudulent conduct during arbitration proceedings). I would require an employee to show (1) by clear and convincing evidence that there was fraud, (2) the fraud was not discoverable prior to or during the arbitration, and (3) the fraud materially related to the arbitration. See, e.g., Forsythe Int’l, S.A. v. Gibbs Oil Co., 915 F.2d 1017, 1022 (5th Cir.1990). I agree with the district court that any fraud here was discoverable by Rhymer prior to or during the arbitration proceedings. Accordingly, I concur in the judgment affirming the dismissal of Rhymer’s case. r